1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>LENCI COMMERCIAL PROPERTIES, LLC, a California Limited Liability Company;<br>PIZZA TO GO INC., a California Corporation;<br>and DOES 1-10; and Does 1-10<br><br>　　　Defendants. | CASE NO. 2:16-cv-01222 MCE-KJN<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO RESPOND TO INITIAL COMPLAINT**<br><br>　Lenci Comm. Prop. LLC: N/A<br>　Pizza to Go, Inc.: 06/15/16<br><br>Current Response Date:<br>　Lenci Comm. Prop. LLC: N/A<br>　Pizza to Go, Inc.: 08/03/16<br><br>New Response Date:<br>　Lenci Comm. Prop. LLC: 08/31/16<br>　 Pizza to Go, Inc.: 08/31/16<br><br>　Trial Date:  N/A<br><br><br>District Judge:   Morrison C. England, Jr.<br>　　　　　　　　　U.S. District Court Judge |

///

///

///

Case No. 2:16-cv-01222 MCE-KJN

1   Upon considering the parties' Stipulation and Request to Extend Time to Respond to
2   Initial Complaint (ECF No. 6), IT IS HEREBY ORDERED THAT the deadline to file a
3   responsive pleading for all defendants in this case shall be extended to August 31, 2016.
4   IT IS SO ORDERED.
5   Dated:  August 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Case No. 2:16-cv-01222 MCE-KJN