UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LENCI COMMERCIAL PROPERTIES, LLC, a California Limited Liability Company; PIZZA TO GO INC., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case: 2:16-CV-01222-MCE-KJN<br><br>**ORDER** |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of the parties, this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1